| | |
|---|---|
| ALAN ZENDER, an Individual; A.Z., a minor by and through his guardian ad litem, ALAN ZENDER, A.Z., a minor by and through her guardian ad litem, ALAN ZENDER,<br><br>    Plaintiffs,<br><br>    v.<br><br>PEARL INVESTMENT COMPANY LLC, A California Limited Liability Company; and DOES 1 THRU 10, INCLUSIVE,<br><br>    Defendants | Case No. 2:17cv01894-MCE-AC<br><br>ORDER |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

After considering the petitions of Alan Zender and Alicia Zender, for a request to appoint Alicia Zender as guardian ad litem for minor children A.Z. and A.Z., in place of Alan Zender, IT IS HEREBY ORDERED THAT:

ORDER

The petition is granted and Alicia Zender is appointed as the guardian ad litem for minor children A.Z. and A.Z. in place of Alan Zender, for the entirety of this lawsuit.

IT IS SO ORDERED.

Dated: March 28, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER