UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN ZENDER, an Individual; A.Z., a minor by and through his guardian ad litem, ALICIA ZENDER, A.Z., a minor by and through her guardian ad litem, ALICIA ZENDER,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PEARL INVESTMENT COMPANY LLC, A California Limited Liability Company; and DOES 1 THRU 10, INCLUSIVE,<br><br>　　　　Defendants | Case No. 2:17cv01894-MCE-AC<br><br>**ORDER**<br><br>Judge:　　Morrison C. England<br>Courtroom:　7 |

The Application of Plaintiffs Alan Zender and Alicia Zender, the guardian ad litem for minor plaintiffs A.Z. and A.Z. ("Plaintiffs"), to file the Motion to Confirm Minor's Compromises Following Settlement under seal, was submitted by Plaintiffs to the Court, such matter considered by the Honorable Morrison C. England Jr., presiding.

After considering the Application, and all other matters presented to the Court, IT IS HEREBY ORDERED THAT:

　　1.　　The Application to file the Motion to Confirm Minor's Compromises Following Settlement Under Seal is hereby granted.

ORDER

2. Plaintiff's Motion to Confirm Minor's Compromises shall be filed under seal.

3. The document shall remain under seal for not longer than two years from the date of electronic filing of this order. Should either party wish to extend the sealing of any document, such a request shall be made in writing to this Court no sooner than 180 days and no later than thirty days before expiration of this Sealing Order.

IT IS SO ORDERED.

Dated: July 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER